1:26-mc-1

**FILED**

JAN 0 8 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

### DESIGNATION AND ASSIGNMENT
### OF A CHIEF UNITED STATES DISTRICT JUDGE
### FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Federal Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform duties in the United States Court of Appeals for the Federal Circuit during the period of February 2, 2026 through February 9, 2026. The Chief Judge of the United States Court of Appeals for the Fourth Circuit has consented to the designation and assignment of the

### HONORABLE THOMAS S. KLEEH

Chief Judge of the United States District Court for the Northern District of West Virginia for such service.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 292(d), I do hereby designate and assign the Honorable Thomas S. Kleeh to perform judicial duties in the United States Court of Appeals for the Federal Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. 1/7/26